United States District Court
Southern District of Texas
**ENTERED**
February 07, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JOSE ANGEL MUNOZ-MORALES, | § | |
| Petitioner, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-16-177 |
| | § | (CRIMINAL NO. B-15-1053-3) |
| UNITED STATES OF AMERICA, | § | |
| Respondent. | § | |

# ORDER

On January 9, 2017, the United States Magistrate Judge filed a Report and Recommendation. [Doc. No. 15]. Petitioner has filed his Reply to the United States' Motion to Dismiss. [Doc. No. 17].

Having considered *de novo* the Magistrate Judge's Report and Recommendation and the issues raised by Petitioner in his Reply to the Government's Motion to Dismiss, the Court orders that the Magistrate Judge's Report and Recommendation is hereby adopted. Therefore, Petitioner Jose Angel Munoz-Morales' Motion to Vacate, Set Aside or Correct his Sentence pursuant to 28 U.S.C. § 2255 [Doc. No. 1] is dismissed as waived. Alternatively, the motion is denied as meritless. The issuance of a Certificate of Appealability is denied.

Signed this 7th day of February, 2017.

Andrew S. Hanen
United States District Judge